The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHRYN LISTER, an individual,<br><br>Plaintiff<br><br>v.<br><br>HYATT CORPORATION, a Delaware corporation d/b/a HYATT REGENCY BELLEVUE,<br><br>Defendants. | NO. 2-18-cv-00961-JLR<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATED MOTION TO EXTEND EXPERT DISCLOSURE DEADLINE<br><br>**NOTE ON MOTION CALENDAR:**<br>**July 10, 2019** |

**ORDER**

THIS MATTER having come before the Court on the parties' Joint Stipulated Motion to Extend Expert Disclosure Deadline, the Court being fully advised in all matters, and having reviewed the files and records herein, and finding good cause exists to extend the deadline to disclose expert witness disclosure/reports under the FRCP 26(a)(2) deadline, it is hereby

[PROPOSED] ORDER GRANTING JOINT STIPULATED
MOTION TO EXTEND EXPERT DISCLOSURE
DEADLINE (2-18-cv-00961-JLR) - 1

Andrews•Skinner, P.S.
645 Elliott Ave. W., Ste. 350
Seattle, WA 98119
Tel: 206-223-9248 • Fax: 206-623-9050

ORDERED that the deadline to disclose experts/reports under FRCP 26(a)(2) be extended from July 31, 2019 to August 30, 2019. No other deadlines will be extended absent a showing of good cause.

DATED this 11 day of July, 2019.

_____
HONORABLE JAMES L. ROBART

Presented by:

ANDREWS • SKINNER, P.S.

By *s/ Stephen G. Skinner*
Stephen G. Skinner, WSBA #17317
645 Elliott Ave. W., Suite 350, Seattle, WA 98119
206-223-9248 | Fax: 206-623-9050
*Email:* Stephen.skinner@andrews-skinner.com
Attorney for Defendant

MAXWELL GRAHAM, P.S.

*s/ Rebeccah Graham*
Rebeccah Graham, WSBA #20494
Email:   rebeccah@maxwellgraham.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record. A copy will also be sent via email and US Mail to plaintiff's attorney listed below:

**Attorneys for plaintiff:**
Rebeccah Graham
Maxwell Graham, PS
536 E. Sunset Way
Issaquah, WA 98027
rebeccah@maxwellgraham.com


ANDREWS • SKINNER, P.S.


By *s/Stephen G. Skinner*
STEPHEN G. SKINNER, WSBA #23674
645 Elliott Ave. W., Suite 350, Seattle, WA 98119
206-223-9248 | Fax: 206-623-9050
*Email:* stephen.skinner@andrews-skinner.com
Attorney for Defendant