HONORABLE JAMES L. ROBART

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON

KATHRYN LISTER, an individual,

Plaintiff,

v.

HYATT CORPORATION, a Delaware corporation d/b/a HYATT REGENCY BELLEVUE,

Defendant.

No. 2:18-CV-00961-JLR

PRETRIAL ORDER

**JURISDICTION**

Jurisdiction is vested in this Court by virtue of 28 U.S.C. § 1441(a) and 28 U.S.C. §1 332(a)(1).

**CLAIMS AND DEFENSES**

The Plaintiff will pursue at trial the following claims:

1. Negligence.

The Defendant will pursue the following claims and/or affirmative defenses at trial:

1. Comparative negligence by the Plaintiff;

2. Allocation to all at-fault entities, including parties and non-parties, per RCW 4.22.070;






MAXWELL GRAHAM
535 E SUNSET WAY
ISSAQUAH, WA 98027
206.527.2000
MAXWELLGRAHAM.COM

3. Plaintiff's complaints and damages were caused by unrelated pre-existing or subsequent conditions for which Defendant is not legally responsible;

4. Plaintiff's damages were caused by unavoidable consequences, acts, or omissions beyond the direction, supervision, or control of the Defendant.

**ADMITTED FACTS**

1. Defendant Hyatt Corporation owns the Hyatt Regency Bellevue located in Bellevue Place, which is a mixed-use project located in downtown Bellevue.

2. In addition to the Hyatt Regency Bellevue, a number of other businesses are located in Bellevue Place, including the 13 Coins Restaurant ("13 Coins").

3. On June 15, 2017, Plaintiff Kathryn Lister went to 13 Coins for coffee and dessert with her family.

4. Lister arrived at 13 Coins restaurant shortly before 11:25pm.

5. Shortly after arriving at 13 Coins, Lister needed to use the restroom.

6. Lister exited 13 Coins through open double doors to enter the Hyatt lobby to use the restroom which was located in the lobby of the Hyatt hotel.

7. Lister walked through the lobby towards the restrooms.

8. At 11:55 p.m., Lister rounded a corner to enter the restroom area, and lost her balance in what she describes as vomit, fell to the floor and was injured.

9. Lister fractured her left hip when she fell.

10. Lister's injury required a surgical repair.

11. Between 11:30 pm and midnight on June 15, 2017, the following employees of Defendant Hyatt Corporation were on duty at the front desk in the lobby of the Hyatt Hotel: assistant






MAXWELL GRAHAM
535 E SUNSET WAY
ISSAQUAH, WA 98027
206.527.2000
MAXWELLGRAHAM.COM

management trainee Roxanne Taggart-Hugo, night auditor Jaeson Bloom, and night auditor Daniel Ruegel.

12. The shift of Hyatt Regency Bellevue housekeeping staff ends at 11:30 p.m.

13. Between 11:30 p.m. and midnight on June 15, 2017, no housekeeping staff were on duty at the Hyatt Regency Bellevue.

14. Between 11:30 p.m. and midnight on June 15, 2017, no luggage porters were on duty at the Hyatt Regency Bellevue.

15. At 12:00 a.m. on June 16, 2017, the shift of the overnight cleaning staff started at the Hyatt Regency Bellevue.

16. On the night of June 15, 2017, Kyle Crandall was employed as a security officer by Kemper Freeman Properties. Kemper Freeman Properties provided security services for Bellevue Place which includes the Hyatt hotel.

17. Kemper Freeman Properties has security cameras which survey the lobby of the hotel. The video which has been retained starts at 11:25 p.m. and ends at 12:02 a.m.

18. In the security video Mr. Crandall is seen walking through the lobby of the Hyatt Regency Bellevue twice prior to Lister's injury. The first time was 23:36:43 and the second time was 23:41:50.

19. In the security video Mr. Crandall is seen walking through the lobby of the Hyatt Regency Bellevue a third time after Lister was injured. This took place at 23:59:02.

20. Mr. Crandall stepped in what he described as vomit after Ms. Lister's fall.

21. The security video shows Hyatt employee Jaeson Bloom walking through the lobby at 23:54:51 as Lister entered the lobby area.






MAXWELL GRAHAM
535 E SUNSET WAY
ISSAQUAH, WA 98027
206.527.2000
MAXWELLGRAHAM.COM

22. After Lister was injured, security officer Crandall took a statement from Lister and completed an incident report.

23. The Court has ruled that Lister's status was a public invitee while on the premises of the Hyatt even though she was a guest of 13 Coins.

**ISSUES OF LAW**

1. Did the person who vomited on the floor in the Hyatt's lobby owe a legal duty to Lister.

2. Any additional pretrial motions and motions in limine.

3. Evidentiary rulings at trial.

4. Rulings on proposed jury instructions.

**EXPERT WITNESSES**

(a) Each party shall be limited to expert witness on the issues of.

(b) The name(s) and address of the expert witness(es) to be used by each party at trial and the issue upon which each will testify if:

(1) On behalf of Plaintiff:

Theodore J. Becker, Ph.D. (will testify)
11627 Airport Road, Suite H
Everett, WA 98204

Dr. Becker is an expert in human performance/physical capacity/disability evaluation. Dr. Becker has performed a functional capacity examination on Plaintiff and will be called to testify regarding this evaluation.






MAXWELL GRAHAM
535 E SUNSET WAY
ISSAQUAH, WA 98027
206.527.2000
MAXWELLGRAHAM.COM

Joellen Gill (will testify)
10501 South Lambs Lane
Mica, Washington 99023

Ms. Gill is a human factors expert. Ms. Gill will testify that, in her professional opinion, contaminant on the floor outside the restroom at the Hyatt created a functionally hidden hazardous condition which was the underlying cause of Plaintiff's fall, that Plaintiff's actions or inactions were consistent with foreseeable human behavior, and that Plaintiff was not at fault. Ms. Gill may testify ~~and that~~ the Hyatt's failure to have or follow an effective safety and risk management program was the cause of the hazardous condition which caused Plaintiff to fall, after qualification to the court.

James Pritchett, MD (will testify)
12911 120th Avenue NE, Suite H-210
Kirkland, WA 98034

Dr. Pritchett is Plaintiff's expert orthopedic surgeon. Dr. Pritchett will testify regarding the nature and extent of Plaintiff's injuries, including but not limited to, his opinion that Plaintiff suffers a 40 percent disability rating in her hip, now walks with a permanent limp, and should use a cane to prevent further falls. He will testify that the injuries Plaintiff suffered in the fall at the Hyatt caused Plaintiff to become a fall risk and are the cause of the falls Plaintiff has suffered since the incident, including the fall that injured Plaintiff's rotator cuff.

(2) On behalf of Defendant:

Scott Reed, Ph.D. (will testify)
Exponent
15375 SE 30th Place, Ste. 250
Bellevue, WA 98007
425-519-8700






MAXWELL GRAHAM
535 E SUNSET WAY
ISSAQUAH, WA 98027
206.527.2000
MAXWELLGRAHAM.COM

Dr. Reed is expected to testify to his findings about the risk, or absence thereof, of vomit on the floor on the Hyatt and to rebut the opinions offered by Plaintiff's expert Gill.

Theresa McFarland, MD (will testify)
c/o Northwest Medical Experts
600 University St., Ste. 2325
Seattle, WA 98101
206-926-3756

Dr. McFarland is expected to testify to her opinions regarding the nature and extent of the Plaintiff's injuries, and whether Plaintiff is at risk of future fall injuries. Dr. McFarland is expected to rebut opinions offered by Plaintiff's experts regarding the Plaintiff's injuries and medical treatment.

**OTHER WITNESSES**

The names and addresses of witnesses, other than experts, to be used by each party at the time of trial and the general nature of the testimony of each are:

(a) On behalf of Plaintiff:

Kathryn Lister (will testify)
c/o Maxwell Graham, PS
535 E Sunset Way
Issaquah, WA 98027

Ms. Lister is the Plaintiff in this matter and will testify regarding her knowledge the events in question, her understanding of her injuries, and the impact that said injuries have had upon her.

Azzeddine Mouhoub (will testify)
c/o Maxwell Graham, PS
535 E Sunset Way
Issaquah, WA 98027






MAXWELL GRAHAM
535 E SUNSET WAY
ISSAQUAH, WA 98027
206.527.2000
MAXWELLGRAHAM.COM

Mr. Mouhoub is the husband of Plaintiff Kathryn Lister. Mr. Mouhoub will testify regarding his knowledge of the events in question and the effects the injuries suffered by Plaintiff have had upon her.

Sione Lister (will testify)
c/o Maxwell Graham, PS
535 E Sunset Way
Issaquah, WA 98027

Ms. Lister is the daughter of Plaintiff. Ms. Lister will testify regarding her knowledge of the events in question, and the effects the injuries suffered by Plaintiff have had upon her.

Lisie Monohan (will testify)
755 5th Avenue NW C-103
Issaquah, WA 98027

Lisie is a close family friend of the Lister family and regards Plaintiff as a mother figure. Ms. Monohan will testify regarding Plaintiff's injuries and the impact they have had on Plaintiff.

Jaime Fajordo (will testify)
755 5th Avenue NW C-103
Issaquah, WA 98027

Jaime is a family friend and was present at the time Plaintiff fell while standing up from a table and tore her rotator cuff. He is aware of Plaintiff's injuries and the impact they have had on her.

Lucy Hwang, MD (will testify)
4915 25th Avenue NE, # 300
Seattle, WA 98105

Dr. Hwang is Plaintiff's primary care physician. Dr. Hwang will testify regarding her knowledge of Plaintiff's pre-injury condition, Plaintiff's injuries, and the impact that Plaintiff's injuries have had on Plaintiff and Plaintiff's activities of daily living.





Roxanne Taggart-Hugo (will testify; testimony may be via deposition)
c/o Andrews Skinner
645 Elliot Avenue W, Suite 350
Seattle, WA 98119

Ms. Taggart-Hugo is an employee of Defendant Hyatt and was working at the time of Plaintiff's fall. Ms. Taggart-Hugo will testify regarding her knowledge of the events of the evening of June 15, 2017, the staffing at the Hyatt at the time of Plaintiff's injury, the policies and procedures of the Hyatt as they relate to the lobby area, safety procedures, and spills, and the relationship between Hyatt and Kemper Security. In the event Ms. Taggart-Hugo is unavailable to testify, Plaintiff intends to offer her testimony via deposition pursuant to Fed.R.Civ.P. 32(a)(4)(B).

Jaeson Bloom (will testify)
c/o Andrews Skinner
645 Elliot Avenue W, Suite 350
Seattle, WA 98119

Mr. Bloom is an employee of Defendant Hyatt and was working at the time of Plaintiff's fall. Mr. Bloom will testify regarding his knowledge of the events of the evening of June 15, 2017, and the policies and procedures of the Hyatt as they relate to the lobby area, safety procedures, and spills.

Kyle Crandall (will testify)
511 Anderson Lane
Cle Elum, WA 98922

Mr. Crandall was an employee of Defendant Hyatt's security contractor, Kemper Security, and was on duty at the Bellevue Hyatt on the night of June 15, 2017. Mr. Crandall will testify regarding his knowledge of the events that gave rise to this litigation, and the policies and procedures of Kemper Security and Hyatt.






MAXWELL GRAHAM
535 E SUNSET WAY
ISSAQUAH, WA 98027
206.527.2000
MAXWELLGRAHAM.COM

Alex Dantes (will testify via video perpetuation deposition)
c/o Andrews Skinner
645 Elliot Avenue W, Suite 350
Seattle, WA 98119

Mr. Dantes was the director of operations for Hyatt Bellevue at the time of Plaintiff's fall. Mr. Dantes' testimony was preserved via video perpetuation deposition for trial regarding the facts of this case, the relationship between 13 Coins and Defendant Hyatt, the relationship between Kemper Security and Defendant Hyatt, and Defendant Hyatt's policies and procedures regarding spills. Plaintiff intends to introduce Mr. Dantes' testimony pursuant to Fed. R. Civ. P. 32(a)(4)(B).

Sean Clark (will testify)
c/o Andrews Skinner
645 Elliot Avenue W, Suite 350
Seattle, WA 98119

Mr. Clark is Defendant Hyatt's FRCP 30(b)(6) representative. Mr. Clark will testify regarding Defendant Hyatt's knowledge of Plaintiff's fall, Defendant's defenses, and Defendant's policies and procedures regarding staffing, spills, safety, risks of falls from spills, Defendant's relationship with Kemper Security, the identities of employees in the surveillance video taken in the Hyatt lobby on the evening of June 15, 2017, the staffing of the Hyatt on June 15, 2017, and the manner in which the surveillance video which captured the events of the evening of June 15, 2017 was preserved. Plaintiff intends to introduce Mr. Clark's deposition testimony pursuant to Fed. R. Civ. P. 32(a)(3).

(b) On behalf of the Defendant:

The Defendant reserves the right to call any and all witnesses listed by the Plaintiff above.

Zach Deacon (possible witness only)
c/o Andrews Skinner
645 Elliott Ave. W., Ste. 350






MAXWELL GRAHAM
535 E SUNSET WAY
ISSAQUAH, WA 98027
206.527.2000
MAXWELLGRAHAM.COM

Seattle, WA, 98119

Mr. Deacon is the executive housekeeper at the Defendant's Hyatt Regency Bellevue and will testify regarding the policies and procedures for maintaining the Hyatt's lobby at the time of the incident underlying this lawsuit.

**EXHIBITS**

In addition to the Exhibits below, Plaintiff intends to have demonstrative evidence at trial in the form of trial boards. Electronic copies of these boards will be provided to Defendant prior to January 13, 2020.

| Plaintiff's Exhibits | | | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| 1. | Video – Hyatt Front Desk Lobby 2 .83 | Stipulated | Disputed | 901; F | |
| 2. | Video – Hyatt Front Desk Lobby .83 | Stipulated | Disputed | 901; F | |
| 3. | Video – 1 before c10 Hyatt Lobby Elevators | Stipulated | Disputed | 901; F | |
| 4. | Video – bp c14 Hyatt Lobby .38 | Stipulated | Disputed | 901; F | |
| 5. | Video – bp c10 Hyatt Lobby Elevators .37 | Stipulated | Disputed | 901; F | |
| 6. | Video – Narrative Video – Red Forensics | Disputed | Disputed | 901; F; BE; 1001; 801-802; H MIL | |
| 7. | Curriculum Vitae of Jerry Hatchett | Disputed | Disputed | 901; F; H; 802; MIL | |
| 8. | Still shot taken from Hyatt security video at 23:25 | Disputed | Disputed | 901; F; 1001; BE | |
| 9. | Still shot taken from Hyatt security video at 23:27:12 | Disputed | Disputed | 901; F; 1001; BE | |
| 10. | Still shot taken from Hyatt security video at 23:27:17 | Disputed | Disputed | 901; F; 1001; BE | |






MAXWELL GRAHAM
535 E SUNSET WAY
ISSAQUAH, WA 98027
206.527.2000
MAXWELLGRAHAM.COM

| | | | | | |
|---|---|---|---|---|---|
| 11. | Still shot taken from Hyatt security video at 23:27:20 | Disputed | Disputed | 901; F; 1001; BE | |
| 12. | Still shot taken from Hyatt Security video at 23:32 | Disputed | Disputed | 901; F; 1001; BE | |
| 13. | Still shot taken from Hyatt Security video at 23:36 | Disputed | Disputed | 901; F; 1001; BE | |
| 14. | Still shot taken from Hyatt security video at 23:38:39 | Disputed | Disputed | 901; F; 1001; BE | |
| 15. | Still shot taken from Hyatt Security video at 23:42 | Disputed | Disputed | 901; F; 1001; BE | |
| 16. | Still shot taken from Hyatt security video at 23:46:55 | Disputed | Disputed | 901; F; 1001; BE | |
| 17. | Still shot taken from Hyatt security video at 23:52:44 | Disputed | Disputed | 901; F; 1001; BE | |
| 18. | Still shot taken from Hyatt security video at 23:53:01 | Disputed | Disputed | 901; F; 1001; BE | |
| 19. | Still shot taken from Hyatt security video at 23:53:07 | Disputed | Disputed | 901; F; 1001; BE | |
| 20. | Still shot taken from Hyatt security video at 23:53:50 | Disputed | Disputed | 901; F; 1001; BE | |
| 21. | Still shot taken from Hyatt Security video at 23:54 | Disputed | Disputed | 901; F; 1001; BE | |
| 22. | Contusion Photo | Stipulated | Stipulated | | |
| 23. | Photo of Shoes | Stipulated | Stipulated | | |
| 24. | Incident report created by Kyle Crandall | Stipulated | Disputed | 901; F; 801; H | |
| 25. | Email sent by Roxanne Taggart-Hugo | Stipulated | Disputed | 901; F; 801-802; H | |
| 26. | Excerpt from Hyatt employee materials – Injury and Illness Prevention | Stipulated | Stipulated | | |
| 27. | Excerpt from Hyatt employee materials – Welcome | Stipulated | Stipulated | | |






MAXWELL GRAHAM
535 E SUNSET WAY
ISSAQUAH, WA 98027
206.527.2000
MAXWELLGRAHAM.COM

| | | | | | |
|---|---|---|---|---|---|
| 28. | Excerpt from Hyatt employee materials – Our Hotel | Stipulated | Stipulated | | |
| 29. | Excerpt from Hyatt employee materials – Culture | Stipulated | Stipulated | | |
| 30. | Excerpt from Hyatt employee materials – Departments | Stipulated | Stipulated | | |
| 31. | Printout from https://www.hyatt.com/en-US/hotel/washington/hyatt-regency-bellevue-on-seattles-eastside/belle/dining | Disputed | Disputed | 901; F; 401-403; R | |
| 32. | Curriculum Vitae of Joellen Gill | Disputed | Disputed | 901; F; H; 802; MIL | |
| 33. | Report of Joellen Gill | Disputed | Disputed | 901; F; H; 802; MIL | |
| 34. | Curriculum Vitae of Theodore Becker, Ph.D. | Disputed | Disputed | 901; F; H; 802; MIL | |
| 35. | Report of Theodore Becker, Ph.D. | Disputed | Disputed | 901; F; H; 802; MIL | |
| 36. | Video – Demonstrative Buckle Knee Syndrome | Disputed | Disputed | 901; F; H; 802; R; 401-403; MIL | |
| 37. | Video – Buckle Knee Example | Disputed | Disputed | 901; F; H; 802; R; 401-403; MIL | |
| 38. | Curriculum Vitae of James Pritchett, MD | Disputed | Disputed | 901; F; H; 802; MIL | |
| 39. | Report of James Pritchett, MD | Disputed | Disputed | 901; F; H; 802; MIL | |
| 40. | WAC 246.360.030 | Disputed | Disputed | C; 403; R; 401; Court instructs jury on the applicable law; | |






MAXWELL GRAHAM
535 E SUNSET WAY
ISSAQUAH, WA 98027
206.527.2000
MAXWELLGRAHAM.COM

| 41. | Excerpt from UW Medical Records Dated May 10, 2017 | Disputed | Disputed | 901; F; 801; H | |
|---|---|---|---|---|---|
| 42. | Excerpt from Overlake Medical Center Records Dated June 16, 2017 | Disputed | Disputed | 901; F; 801; H | |
| 43. | Excerpt from UW Medical Records Dated October 26, 2017 | Disputed | Disputed | 901; F; 801; H | |
| 44. | | | | | |
| 45. | | | | | |

| Defendant's Exhibits | | | | | |
|---|---|---|---|---|---|
| Ex. # | Description | Authenticity | Admissibility | Objection | Admitted |
| A-1 | Pictures of the alcove to the restroom area (Figure 2 – S. Reed's Report) | Stipulated | Stipulated | Stipulated | |
| A-2 | Side-by-Side Comparisons of the Surveillance Video and S. Reed's pictures of the incident area (Figure 3 – S. Reed's Report) | Stipulated | Disputed | ER 403 | |
| A-3 | Pictures of testing locations (Figure 4 – S. Reed's Report) | Stipulated | Stipulated | Stipulated | |
| A-4 | Slip Testing Results Table (Table 1 – S. Reed's Report) | Stipulated | Stipulated | Stipulated | |
| A-5 | Pictures depicting Plaintiff's path of travel (Figure 5 - S. Reed's Report) | Stipulated | Disputed | ER 403 | |
| A-6 | Picture depicting Ms. Lister's view (Figure 6 - S. Reed's Report). | Stipulated | Disputed | ER 403 | |



M|G
MAXWELL GRAHAM
535 E SUNSET WAY
ISSAQUAH, WA 98027
206.527.2000
MAXWELLGRAHAM.COM

| | | | | | |
|---|---|---|---|---|---|
| A-7 | X-Ray of Plaintiff's Left Hip (July 26, 2017) | Stipulated | Stipulated | Stipulated | |
| A-8 | X-Ray of Plaintiff's Left Hip (Nov. 2, 2017) | Stipulated | Stipulated | Stipulated | |
| A-9 | X-Ray of Plaintiff's Left Shoulder (Aug. 21, 2018) | Stipulated | Stipulated | Stipulated | |
| A-10 | Billing Records from Overlake Hospital Medical Center | Stipulated | Disputed | R<br>ER 401 | |
| A-11 | Billing Records from Proliance Surgeons | Stipulated | Disputed | R<br>ER 401 | |
| A-12 | Billing Records Puget Sound Physicians | Stipulated | Disputed | R<br>ER 401 | |
| A-13 | Billing Records from Proliance Surgeons | Stipulated | Disputed | R<br>ER 401 | |
| A-14 | Billing Records from UW Medicine | Stipulated | Disputed | R<br>ER 401 | |
| A-15 | Correspondence dated July 6, 2018 from Dr. Thomas Chi to Rebeccah Graham | Stipulated | Stipulated | | |

The Parties' Objection Code:

| | |
|---|---|
| A | Authentication |
| BE | Best Evidence Rule |
| C | Cumulative Evidence |
| F | Foundation |
| H | Hearsay |
| MIL | Subject of Motion in Limine |
| R | Relevance |
| | |





MAXWELL GRAHAM
535 E SUNSET WAY
ISSAQUAH, WA 98027
206.527.2000
MAXWELLGRAHAM.COM

ANDREWS SKINNER, PS

s/ *Stephen G. Skinner*
Stephen G. Skinner, WSBA# 17317
Alison Markette, WSBA# 46477
645 Elliott Ave W Ste 350
Seattle, WA 98119-3960
206-223-9248
Stephen.Skinner@andrews-skinner.com
Alison.Markette@andrews-skinner.com
Attorneys for Defendant





ACTION BY THE COURT

(a) This case is scheduled for trial before a jury on Jan. 28, 2020, at 1:00pm.

(b) Trial briefs shall be submitted to the court on or before Jan. 21, 2020.

(c) Jury instructions requested by either party shall be submitted to the court on or before Jan. 21, 2020. Suggested questions of either party to be asked of the jury by the court on voir dire shall be submitted to the court on or before Jan. 21, 2020.

(d) Other Court Rulings:____________________________________

This order has been approved by the parties as evidenced by the signatures of their counsel. This order shall control the subsequent course of the action unless modified by a subsequent order. This order shall not be amended except by order of the court pursuant to agreement of the parties or to prevent manifest injustice.

DATED this 14th day of January, 2020.

[signature]

United States District Judge James L. Robart

FORM APPROVED

MAXWELL GRAHAM, PS

s/ *Rebeccah J. Graham*
Rebeccah Graham, WSBA# 20494
535 E Sunset Way
Issaquah, WA 98027
206.527.2000
rebeccah@maxwellgraham.com
Attorney for Plaintiff

MAXWELL GRAHAM, PS

s/ *Michael A. Maxwell*
Michael A. Maxwell, WSBA # 21781
535 E Sunset Way
Issaquah, WA 98027
206.527.2000
mike@maxwellgraham.com
Attorney for Plaintiff