UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHRYN LISTER,<br><br>                Plaintiff,<br>v.<br><br>HYATT CORPORATION,<br><br>                Defendant. | CASE NO. C18-0961JLR<br><br>ORDER MODIFYING SCHEDULE FOR BRIEFING ON DEFENDANT'S MOTION TO QUASH A TRIAL SUBPEONA |

On January 16, 2020, Defendant Hyatt Corporation ("Hyatt") filed a motion to quash the trial subpoena of Sean Clark. (MTQ (Dkt. # 67).) On January 21, 2020, Plaintiff Kathryn Lister filed a response in opposition to Hyatt's motion. (Resp. (Dkt. # 71).) Because the trial in this matter is scheduled to commence on Monday, January 27, 2020, the court alters the typical briefing schedule on Hyatt's motion. The court

//

//

//

hereby ORDERS that Hyatt must file its reply memorandum in support of its motion no later than Thursday, January 23, 2020 at 9:00 a.m.  In addition, Hyatt shall explain what, if any, portion of its motion remains for decision by the court due to the parties' apparent agreement to conduct a perpetuation deposition of Mr. Clark.  (*See* Resp. at 1-2; Maxwell Decl. (Dkt. # 72) ¶ 3, Ex. A.)

Dated this 22nd day of January, 2020.

JAMES L. ROBART
United States District Judge