UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHRYN LISTER, | CASE NO. C18-0961JLR |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| HYATT CORPORATION, | |
| Defendant. | |

The court having been notified of the settlement of this matter and it appearing that no issue remains for the court's determination:

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party, except for the assessment of costs related to the empanelment of a jury, which the court will set forth in a separate order and which will be shared equally by Plaintiff Kathryn Lister and Defendant Hyatt Corporation.

//

//

ORDER - 1

1     In the event settlement is not perfected, any party may move to reopen the case,
2 provided such motion is filed within **60** days of the date of this order. Any trial date and
3 pretrial dates previously set are hereby VACATED.
4     Dated this 27th day of January, 2020.

JAMES L. ROBART
United States District Judge

ORDER - 2