UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHRYN LISTER,<br><br>               Plaintiff,<br>v.<br><br>HYATT CORPORATION,<br><br>               Defendant. | CASE NO. C18-0961JLR<br><br>ORDER ASSESSING JURY COSTS TO THE PARTIES |

Counsel having notified the court of settlement of this case on the date trial was to commence, and the court having borne the expense of bringing in a panel of jurors to hear the case;

IT IS ORDERED that the parties in this action shall reimburse the United States District Court for jury costs in the amount of $2,729.55. Plaintiff and Defendant shall

//

//

//

ORDER - 1

pay $1,364.77 each no later than February 13, 2020. A copy of this Order shall accompany a check made out to "United States District Court."

Dated this 31ST day of January, 2020.

_____
JAMES L. ROBART
United States District Judge